# United States Bankruptcy Court
## District of Nevada

Case No. <u>10–14433–mkn</u>
**Chapter 7**

In re: (Name of Debtor)
    HECTOR VENCES–VAZQUEZ
    630 SUMMER HEIGHTS LN
    LAS VEGAS, NV 89110

Social Security No.:
    xxx–xx–7519

# FINAL DECREE

The estate of the above named debtor(s) has been fully administered.

IT IS ORDERED THAT JAMES F. LISOWSKI SR. is discharged as trustee of the estate of the above named debtor(s).

The Chapter 7 case of the above named debtor(s) is closed.

Dated: 6/28/10
        BY THE COURT

        *Mary A. Schott*

        Mary A. Schott
        Clerk of the Bankruptcy Court